# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **Carlos Grier,** | : | |
| | : | |
| Plaintiff, | : | 5:05-CV-166 (CAR) |
| | : | 28 U.S.C. §2254 |
| vs. | : | Habeas Corpus Petition |
| | : | |
| **Hilton Hill,** | : | |
| | : | |
| Defendant. | : | |

## *ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 14] that Plaintiff's petition for habeas corpus relief be denied. Petitioner Carlos Grier filed an Objection [Doc. 18] and an Amended Objection [Doc. 20] to the Recommendation. Petitioner's Objections, however, merely reiterate the same arguments contained in his original petitions which have been thoroughly and completely addressed by the Magistrate Judge in his Recommendation to the Court [Doc. 14].

Having considered Petitioner's Objections and having investigated those matters *de novo*, the Court finds them to be without merit. This Court agrees with the findings and conclusions of the Magistrate Judge that Petitioner's petition should be DENIED. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 31st day of July, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

SMF/SSH